AARON P. ABBOTT, Respondent, *v.* DAVID S. DUNIVIN, Appellant.

*Specific Performance—Mistake.*—In a suit for the specific performance of a contract for the sale of land, a mistake in the description may be pleaded and proved by either party.

*Practice—Judgment.*—Upon a judgment by default, the relief granted by the judgment must accord with that prayed in the petition. (R. C. 1855, p. 1280, § 12.)

### Appeal from Phelps Circuit Court.

BATES, Judge, delivered the opinion of the court.

This was a suit for the specific performance of an obligation for the conveyance of land. The petition described the land as "the *southwest half* of the south-east quarter of section No. 7, in township No. 37 north, of range 7 west, containing *forty* acres." The judgment passed the title to "the *south half* of the southeast quarter of section number seven, township number thirty-seven north, of range seven west, containing *forty* acres. The judgment is not in accordance with the petition. This is an equitable proceeding, in which a mistake in the description may be pleaded and proved by either party.

Judgment reversed and cause remanded, with leave to both parties to file amended pleadings. Judges Bay and Dryden concur.